DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE McCLOSKEY,**
Appellant,

v.

**NANCY McCLOSKEY ,**
Appellee.

No. 4D19-48

[December 19, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312016CA000264.

Wayne R. McDonough of Wayne R. McDonough, P.A., Vero Beach, for appellant.

Owen Schultz of McCarthy, Summers, Wood, Norman, Melby & Schultz, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***